# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
v.    )    NO.    04-1258 T/An
    )
45.50 ACRES OF LAND, MORE OR    )
LESS, SITUATED IN GIBSON    )
COUNTY, TENNESSEE, et al.,    )
    )
    Defendants.    )

---

## ORDER GRANTING MOTION FOR MODIFICATION
## OF RULE 16(b) SCHEDULING ORDER

---

Before the Court is the United States' Motion to Extend Dates for Disclosure of Expert Witnesses and Completion of Discovery filed on June 30, 2005. For good cause shown, the motion is **GRANTED**. The Scheduling Order shall be modified to reflect the following deadlines:

| | |
|---|---|
| **Plaintiff's Expert Disclosure** | September 15, 2005 |
| **Defendant's Expert Disclosure** | October 15, 2005 |
| **All Discovery Completed** | November 15, 2005 |

The other deadlines established in the Rule 16(b) Scheduling Order remain in effect.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _August 12, 2005_

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on ___08-15-05___

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in
case 1:04-CV-01258 was distributed by fax, mail, or direct printing on
August 15, 2005 to the parties listed.

---

Floyd S. Flippin
FLIPPIN & ATKINS, P.C.
1302 Main St.
P.O. Box 160
Humboldt, TN 38343

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT