IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

45.50 ACRES OF LAND, MORE OR
LESS, SITUATED IN GIBSON COUNTY,
TENNESSEE; and MARTHA GREEN
THOMAS, ROBERT GREEN, MILAN
PUBLIC UTILITIES, CITY OF MILAN,
JEFF SMITH, FLOYD FLIPPIN,
TENNESSEE ATTORNEY GENERAL
AND ALL OTHER UNKNOWN PARTIES,

    Defendant.

CIVIL ACTION NO. 1-04-1258
JURY DEMANDED

## AGREED ORDER ON CONSENT MOTION TO PAY OUT DEPOSITED FUNDS TO DEFENDANT MARTHA GREEN THOMAS

This matter came to be heard before the court on Motion of Defendant Martha Green Thomas, with consent of the Plaintiff's attorney Gary Vanasek, for an Order direct from the clerk to pay out certain funds deposited with the clerk as payment to Defendant Green for compensation in this condemnation action, pursuant to Fed. R. Civ. P. 71A(j). It appears to the court this Motion should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED, that the clerk should pay the funds deposited by the Plaintiff to Defendant Martha Green Thomas at the office of her attorney, Floyd S. Flippin, P. O. Box 160, Humboldt, Tennessee 38343.

Enter this the 22nd day of August, 2005.

James D. Todd
James Todd, District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 8/24/05

APPROVED FOR ENTRY:

_____ by Paul Conley III w/permission
Gary Vanasek BPR#004675
Assistant United States Attorney
167 N. Main
8th Floor
Memphis, TN 38103

_____
Floyd S. Flippin - BPR#010442
Paul Conley III - BPR#021857
Attorney for Defendants Martha Green Thomas
FLIPPIN & ATKINS P.C.
P.O. Box 160
Humboldt, TN 38343
(731) 784-2818

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:04-CV-01258 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Floyd S. Flippin
FLIPPIN & ATKINS, P.C.
1302 Main St.
P.O. Box 160
Humboldt, TN 38343

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT