IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Case No. 1:04-1258 T/An |
| ) | |
| 45.50 ACRES OF LAND, MORE OR ) | |
| LESS, SITIATED IN GIBSON COUNTY, ) | |
| TENNESSEE; and MARTHA GREEN ) | |
| THOMAS; ROBERT GREEN; MILAN ) | |
| PUBLIC UTILITIES; CITY OF MILAN; ) | |
| JEFF SMITH; FLOYD FLIPPEN; ) | |
| TENNESSEE ATTORNEY GENERAL; ) | |
| AND ALL OTHER UNKNOWN PARTIES, ) | |
| ) | |
| Respondents ) | |

ORDER GRANTING THE UNITED STATES DEFAULT JUDGMENT AS TO
MILAN PUBLIC UTILITIES, CITY OF MILAN,
JEFF SMITH, FLOYD FLIPPEN, THE TENNESSEE ATTORNEY GENERAL
AND ALL OTHER UNKNOWN PARTIES

Upon motion of the United States of America for entry of a default judgment against Milan Public Utilities, City of Milan, Jeff Smith, Floyd Flippen, the Tennessee Attorney General, and all other unknown persons, it appearing to the Court that all parties were properly served with notice of the complaint of condemnation and notice of taking, that none of the said defendants have filed an answer or notice of appearance with the Court within the period prescribed by Fed. R. Civ. P. 71A, IT IS THEREFORE

ORDERED that the United States is hereby granted a default judgment against Milan Public Utilities, City of Milan, Jeff Smith, Floyd Flippen, the Tennessee Attorney General, and all other unknown persons with respect to the assertion of any claims in interest as to the property

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  8/24/05



described in the Notice of Taking, as well as any objections or defenses to the taking.

_____
JAMES D. TODD
United States District Judge

DATED: 22 August 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:04-CV-01258 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Floyd S. Flippin
FLIPPIN & ATKINS, P.C.
1302 Main St.
P.O. Box 160
Humboldt, TN 38343

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT