IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Case No. 1:04-1258 T/An |
| ) | |
| 45.50 ACRES OF LAND, MORE OR ) | |
| LESS, SITIATED IN GIBSON COUNTY, ) | |
| TENNESSEE; and MARTHA GREEN ) | |
| THOMAS; ROBERT GREEN; MILAN ) | |
| PUBLIC UTILITIES; CITY OF MILAN; ) | |
| JEFF SMITH; FLOYD FLIPPEN; ) | |
| TENNESSEE ATTORNEY GENERAL; ) | |
| AND ALL OTHER UNKNOWN PARTIES, ) | |
| ) | |
| Respondents ) | |

## ORDER GRANTING MOTION TO SUSPEND DEADLINE FOR MAKING EXPERT DISCLOSURES AND COMPLETING DISCOVERY

Upon the motion of the United States for an order suspending the deadlines for making expert disclosures and for completing discovery and for good cause shown, IT IS THERORE

ORDERED that the deadlines for making expert disclosures and completing discovery are hereby suspended, pending further order of the Court, IT IS FURTHER

ORDERED that the United States Attorney shall advise the Court and opposing counsel not later than September 30, 2005, and every 30 days thereafter, as necessary, on the status of the Corps of Engineers' efforts execute a contract with the appraiser the United States intends to use as an expert witness.

_____
S. THOMAS ANDERSON
United States Magistrate

Dated: September 26, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  09-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:04-CV-01258 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Floyd S. Flippin
FLIPPIN & ATKINS, P.C.
1302 Main St.
P.O. Box 160
Humboldt, TN 38343

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT