# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO.: 04-1258-T-An |
| 45.50 ACRES OF LAND, MORE OR LESS, SITUATED IN GIBSON COUNTY, TENNESSEE, et al., | ) |
| Defendants. | ) |

## ORDER SETTING TELEPHONE STATUS CONFERENCE

Pursuant to an Order entered September 27, 2005 granting a motion to suspend deadline for making expert disclosures and completing discovery, the Court is to be advised on the status of the Corps of Engineers' efforts to execute a contract with the appraiser the United States intends to use as an expert witness.

**IT IS THEREFORE ORDERED** that a telephonic status conference be held before United States Magistrate Judge S. Thomas Anderson on **TUESDAY, NOVEMBER 22, 2005 at 10:00 A.M.** Plaintiff's counsel shall initiate the telephone conference call and insure that all parties are present prior to dialing the chambers of the Court in Jackson, Tennessee at 731-421-9273.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10-11-05

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _October 07, 2005_

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 1:04-CV-01258 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Floyd S. Flippin
FLIPPIN & ATKINS, P.C.
1302 Main St.
P.O. Box 160
Humboldt, TN 38343

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT