UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No.  04-1258-T/An |
| | ) | |
| 45.50 ACRES OF LAND, MORE OR LESS | ) | |
| SITUATED IN GIBSON COUNTY, | ) | |
| TENNESSEE, and MARTHA GREEN | ) | |
| THOMAS, ROBERT GREEN, MILAN | ) | |
| PUBLIC UTILITIES, CITY OF MILAN, | ) | |
| JEFF SMITH, FLOYD FLIPPIN, | ) | |
| TENNESSEE ATTORNEY GENERAL | ) | |
| AND ALL OTHER UNKNOWN PARTIES | ) | |
| | ) | |
| Defendant | ) | |

AMENDED SCHEDULING ORDER

It appearing to the Court that the Scheduling Order should be modified with respect to the

dates for completing discovery in this matter, IT IS THEREFORE

ORDERED that the Scheduling order previously entered in this case be and is hereby

amended as follows:

      (a)     EXPERT WITNESS DISCLOSURE (Rule 26)

            (1)     DISCLOSURE OF PLAINTIFF'S RULE
                      26 EXPERT INFORMATION:    January 2, 2006

            (2)     DISCLOSURE OF DEFENDANT'S
                      RULE 26 EXPERT INFORMATION:    January 2, 2006

      (b)     EXPERT WITNESS DEPOSITIONS:    January 25, 2006

      (c)     FINAL LIST OF WITNESSES AND EXHIBITS (RULE 26(a)(3)):

February 3, 2006, with the Pre-trial Order.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE:

SUBMITTED AND APPROVED:

LAWRENCE J. LAURENZI
Actin United States Attorney

By:

Gary A. Vanasek (BPR 4675
Assistant U.S. Attorney
Suite 811
200 Jefferson Avenue
Memphis, TN  38103

Floyd S. Flippin (BPR 010442
Attorney for Defendant Martha Green Thomas
FLIPPIN & ATKINS P.C.
P.O. Box 160
Humboldt, TN  38343

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:04-CV-01258 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Floyd S. Flippin
FLIPPIN & ATKINS, P.C.
1302 Main St.
P.O. Box 160
Humboldt, TN 38343

T. Leigh Jones
225 Martin Luther King, Jr. Dr.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT